**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-06-706-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Ezequiel G. Ibarra, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court has received and considered the Government's Motion to Dismiss Information Without Prejudice (docket #13).   Defense counsel confirms Defendant has no opposition to the Motion to Dismiss Information Without Prejudice.

**IT IS ORDERED dismissing** this case without prejudice.

**IT IS FURTHER ORDERED vacating** the Pretrial Conference set for September 22, 2006 and the Bench Trial set for October 17, 2006.

**IT IS FURTHER ORDERED releasing** Defendant from Custody as to this case **only**.

DATED this 21st day of September, 2006.

Lawrence O. Anderson
United States Magistrate Judge